UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Angelika Mironovsky                    Case No.:    17-27077-VFP

                                               Chapter:     7

                                               Judge:       Vincent F. Papalia

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the Honorable <u>Vincent F. Papalia</u> on <u>November 14, 2017</u>, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. <u>3B</u>. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| |
|---|
| Description and value of Property:  **461 Stalevicz Lane, Rahway, NJ**<br><br>**Current  Market Value of Property: $350,000.00**<br>**Estimated Cost of Sale:  $35,000.00** |

| |
|---|
| Liens on property:  **Select Portfolio/U.S. Bank – $831,957.00** |

| |
|---|
| Amount of equity claimed as exempt: |

Objections must be served on, and requests for additional information directed to:

Name:       Benjamin A. Stanziale, Jr., Trustee

Address:    29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-27077-VFP
Angelika Mironovsky                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2        Date Rcvd: Oct 18, 2017
                            Form ID: pdf905          Total Noticed: 32

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
db              Angelika Mironovsky,    461 Stalevicz Ln,    Rahway, NJ 07065-1726
517024943      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
517024942       Bank of Americ,    c/o Fein, Such, Kahn and Sheppard, P.C.,    7 Century Dr Ste 201,
                 Parsippany, NJ 07054-4609
517024944       CCS,   PO Box 55128,    Boston, MA 02205-5128
517024945       City of Rahway,    69 Devoe Pl,    Hackensack, NJ 07601-6105
517024947       Department Store National Bank,    PO Box 3107,    Southeastern, PA 19398-3107
517024948       Direct TV,    PO Box 5007,    Carol Stream, IL 60197-5007
517024949       Dsnb Macys,    PO Box 8053,    Mason, OH 45040-8053
517024950       Elizabethtown Gas,    PO Box 4569,    Atlanta, GA 30302-4569
517024951       Elizabethtown Gas,    PO Box 5412,    Carol Stream, IL 60197-5412
517024952       FIA Card Services,    PO Box 15019,    Wilmington, DE 19850-5019
517024954       NJ EZ Pass,    PO Box 4971,    Trenton, NJ 08650-4971
517024955       NY EZ Pass,    PO Box 15185,    Albany, NY 12212-5185
517024958       PSE &G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517024956       Paul Michael Assoc./Shell Medical Labs,    8509 Union Tpke,    Flushing, NY 11385-7654
517024957       Paul Mitchell Assoc,    1861-09 Union Tpke,    Flushing, NY 11366
517024960      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 245,
                 Trenton, NJ 08695-0245)
517024959       Select Porfolio Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
517024961       Target,   c/o Financial and Retail Srvs,    PO Box 9475,    Minneapolis, MN 55440-9475
517024962       Td Bank USA/Targetcred,    PO Box 673,    Minneapolis, MN 55440-0673
517024963       US Bank NA,    c/o Zucker, Goldberg,and Ackerman,    PO Box 1024,    Mountainside, NJ 07092-0024
517024964       Verizon Wireless,    500 Technology Dr Ste 500,    Weldon Spring, MO 63304-2225
517024965       Verizon Wireless,    PO Box 650051,    Dallas, TX 75265-0051
517024966       Xfinity/Comcast,    PO Box 1577,    Newark, NJ 07101-1577

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2017 21:38:25     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2017 21:38:24     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517024940       E-mail/Text: bkrpt@retrievalmasters.com Oct 18 2017 21:38:23     AMCA /Lab Corp,
                 4 Westchester Plz Ste 110,    Elmsford, NY 10523-1615
517024938       E-mail/Text: roy.buchholz@allianceoneinc.com Oct 18 2017 21:38:05     Alliance One,
                 4850 E Street Rd Ste 300,    Trevose, PA 19053-6643
517024939      +E-mail/Text: bkrpt@retrievalmasters.com Oct 18 2017 21:38:23     Amca,    2269 S Saw Ml,
                 Elmsford, NY 10523-3832
517024941       E-mail/Text: bkrpt@retrievalmasters.com Oct 18 2017 21:38:23
                 American Medical Collection Agency,    4 Westchester Plz Ste 110,    Elmsford, NY 10523-1615
517024946       E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 18 2017 21:38:42
                 Credit Collection Services,    725 Canton St,    Norwood, MA 02062-2679
517024953       E-mail/Text: cio.bncmail@irs.gov Oct 18 2017 21:38:12     IRS,    955 S Springfield Ave Bldg A,
                 Springfield, NJ 07081-3570
517024959       E-mail/Text: jennifer.chacon@spservicing.com Oct 18 2017 21:38:49     Select Porfolio Inc.,
                 PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2              User: admin                   Page 2 of 2                   Date Rcvd: Oct 18, 2017
                                  Form ID: pdf905               Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2007-HE6, Asset-Backed Certificates Series 2007-HE6 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              J. Todd Murphy    on behalf of Debtor Angelika  Mironovsky tmurphy@toddmurphylaw.com,
               tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```